UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:24-CR-00182 |
| | ) | |
| | ) | JUDGE NEWBERN |
| JOSHUA COFFEE | ) | |

## UNITED STATES' MOTION FOR DETENTION HEARING AND FOR DETENTION OF THE DEFENDANT

COMES NOW the United States of America by Thomas J. Jaworski, Acting United States Attorney, and Robert E. McGuire, Assistant United States Attorney, and moves this Court for a detention hearing and for detention of the Defendant in this matter. Federal law holds that "the judicial officer shall hold a hearing to determine whether any conditions or combination of conditions…will reasonably assure…the safety of any other person and the community – upon motion of the attorney for the Government in a case, that involves…any felony…that involves the possession or use of a firearm." 18 U.S.C. § 3142(f)(1)(E)

The Indictment in this case alleges that the Defendant possessed a firearm in violation of 18 U.S.C. § 922(g)(1) which, as the Court is well aware, is a felony. Therefore, the Government is entitled to a detention hearing on its own motion. Moreover, the United States would submit that the Defendant was previously convicted – and on federal supervised release - for being a felon in possession of a firearm. The Defendant is also in state custody on a homicide charge and was brought to federal out on a writ of habeas corpus ad prosequendum.

The United States respectfully requests a continuance of three business days in order to adequately prepare for the hearing in this matter.

Respectfully submitted,

THOMAS J. JAWORSKI
Acting United States Attorney

By:

*/s/ Robert E. McGuire*
ROBERT E. MCGUIRE
Assistant U.S. Attorney
719 Church Street, Suite 3300
Nashville, Tennessee 37203
Phone: (615) 401-6610
robert.mcguire@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing will be served electronically to counsel for defendant via CM/ECF on the 18th October, 2024.

*/s/ Robert E. McGuire*
ROBERT E. MCGUIRE